## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.* <br><br> Defendants. | No. 1:24-cv-03582 |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to certify a class and it appearing to the Court that all the requirements of Federal Rule of Civil Procedure 23 have been satisfied, it is hereby:

ORDERED that the motion is granted. It is further

ORDERED that this case is certified as a class action on behalf of all incarcerated people who have earned or will earn time credits under the First Step Act, who meet or will meet the prerequisites for prerelease custody in 18 U.S.C. § 3624(g)(1), and who have not been or will not be moved out of prison on or before the date when their time credits equal their remaining sentences. It is further

ORDERED that Plaintiffs' counsel, from the American Civil Liberties Union, the American Civil Liberties Union of the District of Columbia, and Jenner & Block, LLP, are hereby appointed as counsel for the Plaintiff Class.

SO ORDERED this ____ date of _____, 2025.

_____
Honorable
United States District Judge