IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*<br><br>Defendants. | Case No. 1:24-cv-03582 |

**MOTION FOR ADMISSION OF EMMA ANDERSSON *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission of Emma Anamaria Andersson, *pro hac vice*, in the above-entitled action. Ms. Andersson is employed by the Criminal Law Reform Project of the American Civil Liberties Union and is a member of the California Bar. Ms. Andersson practices in California. Her declaration in support of this motion is filed herewith.

December 23, 2024                                         Respectfully submitted,

/s/   *Elizabeth Henthorne*
Elizabeth Henthorne (D.C. Bar No. 1562688)
Bhenthorne@jenner.com
Jenner & Block LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001
Tel.: (202) 637-6367

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 23rd day of December, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                           By: /s/ *Elizabeth Henthorne*
                                                                  Elizabeth Henthorne

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa Crowe and Glen Galemmo, e <br> _____ <br> Plaintiff(s) <br><br> vs. <br><br> Federal Bureau of Prisons, et al. <br> _____ <br> Defendant(s) | ) <br> ) <br> ) <br> ) Case Number: 1:24-cv-03582 <br> ) <br> ) |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Emma Anamaria Andersson

2. State bar membership number: 260637

3. Business address, telephone and fax numbers:

   125 Broad Street, 18th floor, New York, NY 10004, (347) 931-6337

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Supreme Court of California, Ninth Circuit, First Circuit, U.S. Supreme Court *

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 3

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

12/23/24
DATE

*[signature]*
SIGNATURE OF ATTORNEY

2

\* In response to question 4: additional courts in which I am a member "in good standing" to practice law are Northern District of California and Central District of California.

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

December 17, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EMMA ANAMARIA ANDERSSON, #260637 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2008 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated*<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*<br><br>    Defendants. | Case No. 1:24-cv-03582 |

**[PROPOSED] ORDER FOR ADMISSION OF EMMA ANDERSSON *PRO HAC VICE***

  Upon consideration of Plaintiffs' motion for the admission of Emma Andersson *pro hac vice*, the motion is granted.

Date: _____

                       _____
                       Hon.
                       United States District Judge