**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*<br><br>　　　　　Defendants. | Case No. 1:24-cv-03582-APM |

**AFFIDAVIT OF SERVICE**

I, KENYON NORTH, having personal knowledge and being of competent mind, do hereby attest to the following:

1) I am a paralegal at Jenner & Block LLP and my business address is 1099 New York Ave., N.W., Ste. 900, Washington, D.C., 20001;

2) On **December 27, 2024**, I served a time stamped copy of Plaintiff's Complaint and Summons in the above captioned action on the U.S. Attorney for the District of Columbia via electronic mail (*See* E-mail from Kenyon North to USADC-ServiceCivil@usa.doj.gov dated 12/27/2024, attached hereto and incorporated by reference as Exhibit 1, p. 1). Receipt was acknowledged on **December 30, 2024** (*see id.*).

3) On **December 30, 2024**, I mailed a time stamped copy of Plaintiff's Complaint and Summons in the above captioned action to the Defendant Federal Bureau of Prisons via U.S. Postal Service Certified Mail (*see* Exhibit 1, p. 2);

4) On **December 30, 2024**, I mailed a time stamped copy of Plaintiff's Complaint and Summons in the above captioned action to Defendant Colette Peters, in her official capacity as Director of the Bureau of Prisons, via U.S. Postal Service Certified Mail (*see* Exhibit 1, p. 3);

5) On **December 30, 2024**, I mailed a time stamped copy of Plaintiff's Complaint and Summons in the above captioned action to the Attorney General of the United States via U.S. Postal Service Certified Mail (*see* Exhibit 1, p. 4);

6) The computerized tracking system of the U.S. Postal Service indicates that the Federal Bureau of Prisons, Ms. Peters, and the U.S. Attorney General each received the Complaint and their respective Summons on **January 8, 2025** (*see* U.S. Postal Service Delivery Confirmation Printouts, attached hereto and incorporated by reference as Exhibit 2, pp. 1-6).

7) On January 13, 2025, I received PS Form 3811, commonly referred to as the "Green Card," signed by recipient Federal Bureau of Prisons (*see* USPS Form 3811, attached hereto and incorporated by reference as Exhibit 3, pp. 1-2). On January 16, 2025, I received the Green Card signed by recipient Colette Peters (*id.* at pp. 3-4).

8) Service is now complete on Defendants pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Respectfully submitted,

This 16th day of January, 2025

Kenyon North
Affiant