# EXHIBIT C

U.S. Department of Justice

Federal Bureau of Prisons

*Washington, D.C. 20534*

October 4, 2024

**MEMORANDUM FOR CORRECTIONAL PROGRAMS REGIONAL ADMINISTRATORS AND RESIDENTIAL REENTRY MANAGERS**

**FROM:**   MELISSA HARRIS ARNOLD
Digitally signed by MELISSA HARRIS ARNOLD
Date: 2024.10.04 07:27:40 -04'00'

**MELISSA ARNOLD, ADMINISTRATOR**
**CORRECTIONAL PROGRAMS BRANCH**

BIANCA SHOULDERS
Digitally signed by BIANCA SHOULDERS
Date: 2024.10.04 08:74:27 -04'00'

**BIANCA SHOULDERS, ACTING ADMINISTRATOR**
**RESIDENTIAL REENTRY MANAGEMENT BRANCH**

**SUBJECT:**   **First Step Act (FSA) Planning Dates**

This memorandum is to provide guidance regarding FSA Federal Time Credits (FTCs) and efforts to improve communication for both employees and Adults in Custody (AICs) on how these FTC projections should be used in planning towards release to the community.

For those eligible individuals who can apply FTCs, projected target dates are now provided on the FSA Time Credit Assessment (commonly referred to as the "FTC Worksheet") in the eICF application to assure employees and AICs can better plan for programming placement (such as Residential Drug Abuse Program [RDAP]) and referrals for pre-release custody (i.e., Residential Reentry Centers (RRCs), Work-Release Centers (WRCs) or home confinement).  These target dates include the amount of potential Second Chance Act (SCA) time (if eligible and appropriate), projected FTCs earned by FSA eligible individuals which could be applied towards pre-release custody and the amount that can be applied towards supervised release (i.e., the FSA Conditional Release Date).

If an AIC was teamed since the generation of the September 2024 worksheet, Unit Team should provide these individuals with an updated copy.  All other AICs will be provided a worksheet at regularly scheduled teams.

## Explanation of Conditional Placement Dates

The FTC Worksheet now includes three (3) projected conditional placement dates, which should be reviewed by Unit Teams when planning pre-release placement dates:

1. **FSA Conditional Placement Date:** This date reflects the maximum amount of FSA Federal Time Credits an FSA eligible individual can earn towards pre-release confinement (RRC/WRC or home confinement) given their current PATTERN risk level. If this date is 'N/A' then the AIC will not earn any FTCs towards pre-release placement and the SCA conditional placement date should be used for planning.
2. **SCA Conditional Placement Date:** This date reflects the conditional SCA placement date using the number of proposed SCA days added by the Unit Team in the Insight program. (Note: Information on entering proposed SCA placement days in the Insight program will be forthcoming). If no proposed SCA days have been added, then this value will default to 365 days. Unit team must ensure individual assessments are conducted using the five-factor criteria from 18 U.S.C § 3621(b). Individuals with pending charges and/or detainers, are not eligible for consideration under SCA. If the AIC is not eligible to apply FTCs, then this date is calculated from the original projected release date. This date should only be used for pre-release placement planning if the FSA Conditional Placement Date is 'N/A'.
3. **Conditional Transition to Community Date:** This date reflects the earliest date an individual may transition to the community considering both the FSA Conditional Placement Date and the SCA Conditional Placement Date.

## Clarification on Projections and Use of Dates

Of significance, the FSA Conditional Placement Date, the SCA Conditional Placement Date, and the Conditional Transition to Community Date are projections used for planning purposes and are not considered final until the FTCs are applied and/or community placement is approved. These dates may change based on AIC behavior, programming participation, or changes in eligibility, and it is crucial for Unit Teams to clearly communicate this to both AICs and staff.

The inclusion of the SCA Conditional Placement Date is intended solely to assist in educating AICs on what may be possible with their release timeline, not what they will necessarily receive. This date allows for comprehensive planning but should be understood as a tool to manage expectations rather than a guaranteed outcome. Unit Teams must emphasize that these dates are subject to change based on the individual's compliance and participation in programming.

Of note, despite the use of these conditional dates for community placement planning purposes, these dates will not be utilized for classification and designation purposes. Instead, projected release dates (Full-Term, Good Conduct Time, and First Step Act Release, etc.) shall continue to be used for decisions such as determination of suitability for transfer, eligibility for furlough consideration, application of "Sentence Length" Public Safety Factors, etc.

Again, it is critical that AICs and staff understand this is a **PLANNING TOOL** which will be used to help prepare individuals for placement in the community, these dates are not guaranteed and are subject to change based on behavior, program participation, eligibility, appropriateness, and community resources.

**Guidance for Unit Teams on Pre-Release Planning**
Due to the potential high volume of individuals who will be in close proximity to these Conditional Transition to Community Dates following the initial roll-out of the calculations, Unit Team will be allotted additional time to request community placement during the first 90 days of implementation. This time frame will ensure the FBOP conveys a timely, accurate, and appropriate release plan to the United States Probation Office. Following this adjustment period, requests will then be submitted no later than 60 days from the expected release to the community as noted in current policy.

As a reminder, as part of pre-release planning, Unit Teams should generate rosters for FSA eligible individuals using the conditional placement dates above and the FSA Conditional Release Date (FSA COND REL DT). Unlike previous procedures which used projected release dates as the focal point to begin the pre-release placement process, rosters should be generated to identify individuals whose conditional placement dates are within 12 months for purposes of generating RRC/WRC or home confinement referrals. As the number of FTCs an individual can earn is directly related to the amount of time served, the planning process will often begin much sooner during the individual's term. This is an important distinction of the role these conditional placement dates have in the timing of pre-release planning. **Please remember that referrals should be submitted no later than 60 days before the Conditional Transition to Community Date.** Additionally, institutions must verify that the AIC remains eligible for the amount of time of the placement before furloughing the individual to the community. Due to limited community resources, it is critical that Unit Teams notify the respective Residential Reentry Management Office if an individual's earning status changes or becomes no longer eligible for placement.

It is essential for Unit Teams to make appropriate recommendations for pre-release placement, specifying the required level of services. As a reminder, FSA FTCs can be used towards RRC/WRC or home confinement in addition to credits that are applied towards supervised release. If an individual does not require services of an RRC/WRC and meets the eligibility criteria for home confinement, the Unit Team should recommend home confinement. It is important to note, the 'HOME DETN ELIG' date located on the PP44 is calculated based on the statutory term (6 month or 10%, whichever is less) and is specifically the home confinement eligibility date for those individuals under the SCA. Staff must conduct a five-factor review for each individual under the SCA. Using the default of 365 days without an individual review would violate statutory requirements.

**Coordination with Residential Reentry Management Offices (RRMOs)**
RRMOs will use this information to assign placements given limited contract pre-release availability. Similar to current RDAP procedures, screening, transfer, and admission into RDAP will be determined according to each FSA eligible individual's FSA Conditional Placement Date or SCA Conditional Placement Date.

We appreciate your continued attention and cooperation with these important aspects of FSA implementation. If you have any questions about this matter, please contact Melissa Arnold, Administrator, Correctional Programs Branch or Bianca Shoulders, Acting Administrator, Residential Reentry Management Branch.