# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated* <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> *Defendants*. | No. 1:24-cv-3582 (APM) |

## MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs respectfully move this Court for leave to file a five-page supplemental memorandum of law, a copy of which is attached hereto, in support of their motion for a classwide preliminary injunction and opposition to Defendants' motion to dismiss.

Plaintiffs' proposed supplemental memorandum addresses two issues that arose during the hearing this Court held on May 15, 2025, specifically: (1) whether the Court can grant injunctive relief to Plaintiffs under 5 U.S.C. § 706(1) based on the detailed factual allegations in the complaint, even though their Second Claim for Relief does not cite that statute; and (2) whether inherent equitable power can provide relief where a claim under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(1), is also available.

Defendants oppose Plaintiffs' motion for leave to submit additional briefing, stating as follows: "The Court did not request additional briefs from the parties on these issues, which were fully addressed at the recent hearing. Defendants will not file a separate written opposition to Plaintiffs' motion, but in the event Plaintiffs' motion for leave is granted, Defendants request 7

days to submit a response." Should Plaintiffs' motion be granted, Plaintiffs do not object to granting Defendants 7 days to submit a response of up to 5 pages.

"Courts have the discretion to allow parties to supplement the record of a case," *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003), and have permitted supplemental briefing where it "would be helpful to address arguments," *Eiser Infrastructure Ltd. & Energia Solar Lux. S.A.R.L v. Kingdom of Spain*, No. 18-cv-01686 (D.D.C.), Min. Order, Apr. 1, 2019, or "promotes the fair and efficient administration of justice," *Filiba v. Cochrane USA, Inc.*, No. 18-cv-01428 (D.D.C.), Min. Order, Dec. 3, 2018.

During the May 15 hearing, the Court asked whether it could grant injunctive relief under § 706(1) even though Plaintiffs omitted that citation in their Second Claim for Relief in the complaint—an argument that Defendants made only in passing in their motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction, ECF 34 at 27, and that was not briefed in the form or detail it was explored during the hearing. The second issue, whether Plaintiffs' inherent equitable power claim is foreclosed by the availability of a § 706(1) APA claim, was raised for the first time during the May 15 hearing. While Defendants' briefs argued that an *ultra vires* claim—which Plaintiffs did not make—is foreclosed by the availability of a § 706(1) claim, Plaintiffs' inherent equitable power claim is not the same as an *ultra vires* claim. *See* ECF 41 (Pls. MTD Opp. & PI Reply Br.) at 33–37.

This Court should grant Plaintiffs leave to submit the attached supplemental memorandum because it would assist the Court in its consideration of these discrete and important issues that fully came to light only during the hearing and would promote the fair and efficient administration of justice in this case.

A proposed Order is attached.

Dated: May 23, 2025

*/s/ Elizabeth Henthorne*
Elizabeth Henthorne (D.C. Bar No. 1562688)
Brantley A. Butcher (D.C. Bar No. 90029703)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6367
bhenthorne@jenner.com
bbutcher@jenner.com

Julius Mitchell* (D.C. Bar No. 1671322)
JENNER & BLOCK LLP
1155 6th Avenue
New York, NY 10036
(212) 891-1600
julius.mitchell@jenner.com

*/s/ Emma Andersson*
Emma A. Andersson* (CA Bar No. 260637)
Julian Clark* (NY Bar No. 5824180)
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
eandersson@aclu.org
jclark@aclu.org

*Admitted pro hac vice.

Respectfully submitted,

*/s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
aspitzer@acludc.org
smichelman@acludc.org

*Attorneys for Plaintiffs and the Proposed Class*

3