IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated* <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> *Defendants*. | No. 1:24-cv-3582 (APM) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Supplemental Memorandum in Support of Plaintiffs' Motion for a Classwide Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; and it is further

ORDERED that Plaintiffs' proposed Supplemental Memorandum in Support of Plaintiffs' Motion for a Classwide Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss, ECF 49-1, is deemed FILED as of the date of this Order, and it is further

ORDERED that Defendants shall file their response, which may be up to five pages, within seven days of this Order.

Date: _____, 2025

_____
Amit P. Mehta
United States District Judge